UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE-JOY NARCIDA,<br>　　　　　Plaintiff,<br>　　v.<br>FCA US LLC,<br>　　　　　Defendant. | Case No. 3:23-cv-02688-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 25 |

The parties to the action, by and through their counsel, have filed a stipulation to dismiss this case with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. The Clerk may close the case.

**IT IS SO ORDERED**.

Dated: July 10, 2024

　　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　　United States District Judge